

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-15-2011

# Judy Freeman v. Jerry Fischer

Precedential or Non-Precedential: Precedential

Docket No. 08-3268

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Judy Freeman v. Jerry Fischer" (2011). *2011 Decisions.* Paper 1546.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1546

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

——————

Nos. 08-3268 and 08-3302

——————

ROBERT FREEMAN; JUDY FREEMAN;
WALTER HANSEL WINERY, INC.;
OLIVER WINE COMPANY, INC.;
MEYER FRIEDMAN; BEVERLY FRIEDMAN

v.

JON S. CORZINE, Governor of New Jersey;
ANNE MILGRAM, Attorney General of New Jersey;
JERRY FISCHER, Director of the New Jersey
Division of Alcoholic Beverage Control

R&R MARKETING, L.L.C.; ALLIED BEVERAGE GROUP, L.L.C.;
FEDWAY ASSOCIATES, INC.
(Pursuant to F.R.A.P. 43(c))

Jerry Fischer, Director of the New Jersey
Division of Alcoholic Beverage Control,
Appellant in 08-3268

Robert Freeman; Judy Freeman; Walter Hansel Winery, Inc.
Meyer Freeman; Beverly Freeman,
Appellants in 08-3302

——————

Appeals from the United States District Court
for the District of New Jersey (D.C. No. 03-3140)
District Judge: Honorable Katharine S. Hayden

——————

Submitted Under Third Circuit LAR 34.1(a)

Before: McKEE, Chief Judge, and HARDIMAN, *Circuit Judges,*

and POLLAK, *District Judge*.[*]

(Filed: March 15, 2011)

_____

ORDER AMENDING OPINION AND JUDGMENT

_____

It appearing that there is a typographical error in the names of certain appellants in

appeal No. 08-3302, the precedential opinion and judgment filed on December 17, 2010,

are hereby amended, as shown below, to correct the typographical error in the listing of

appellants in No. 08-3302:

Robert Freeman; Judy Freeman; Walter Hansel Winery, Inc.;
Meyer Friedman; Beverly Friedman,
Appellants in 08-3302

This amendment does not change the date of filing, December 17, 2010.

By the Court:

/s/ Louis H. Pollak
Louis H. Pollak, District Judge

_____

[*] Honorable Louis H. Pollak, Senior Judge of the United States District Court for
the Eastern District of Pennsylvania, sitting by designation.

2